UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LI SHENG XIE, | ) | 1:09-CV-00741 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO DISMISS |
| | ) | AND DISMISSING PETITION FOR WRIT |
| v. | ) | OF HABEAS CORPUS |
| | ) | [Doc. #11] |
| | ) | |
| ERIC H. HOLDER, JR., et al., | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT AND TERMINATE |
| Respondents. | ) | CASE |
| | ) | |

Petitioner, a former detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to exercise of Magistrate Judge jurisdiction.

On July 17, 2009, Respondent filed a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody on an order of supervision. Respondent has submitted a copy of the Release Notification which shows Petitioner was released on July 16, 2009. See Attachment 1 to Motion to Dismiss. Petitioner did not oppose the motion.

Accordingly, good cause having been presented and good cause appearing therefor, IT IS ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED, and the Petition is DISMISSED. The Clerk of Court is DIRECTED to enter judgment and terminate the case.

IT IS SO ORDERED.

Dated:   August 26, 2009            /s/ Gary S. Austin

1                                                  UNITED STATES MAGISTRATE JUDGE